

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-13-00409-CR & No. 13-00410-CR

Roy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1530-CR & 13-0756-CR-C
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motions to dismiss are GRANTED and these appeals are DISMISSED.

SIGNED October 30, 2013.

_____
Marialyn Barnard, Justice